IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| FRANCES BEROSET, on behalf of herself and as representative of a class of participants and beneficiaries on behalf of the Duke University Faculty and Staff Retirement Plan,<br><br>Plaintiff,<br><br>v.<br><br>DUKE UNIVERSITY, THE INVESTMENT ADVISORY COMMITTEE OF THE DUKE UNIVERSITY FACULTY AND STAFFF RETIREMENT PLAN, and JOHN AND JANE DOES 1-30,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:25-CV-919 |

## **JUDGMENT**

For the reasons set forth in the Order filed contemporaneously with this Judgment, Doc. 27, it is hereby **ORDERED AND ADJUDGED** that the defendants' motion to dismiss the second amended class action complaint, Doc. 21, is **GRANTED** and this case is **DISMISSED** with prejudice.

This the 16th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE